### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| SCHOBERT, ET AL., | : | Case No. 1:19-cv-00076 |
| Plaintiffs, | : | |
| v. | : | Judge: Hon. Michael R. Barrett |
| CSX TRANSPORTATION, INC. | : | **PLAINTIFFS' MOTION FOR DISCOVERY PURSUANT TO CIVIL RULE 56(D)** |
| Defendant. | : | |

Defendant has filed a Motion for Summary Judgment as to various issues contained within Plaintiffs' Complaint.  Def. Mem. at 19.  For the reasons stated in Plaintiffs' Memorandum in Opposition to Defendant's Motion for Judgment on the Pleadings, For Summary Judgment and/or to Stay, filed contemporaneously with this motion, Defendant's Motion for Summary Judgment should be denied. However, because Plaintiffs have not been permitted to conduct discovery, they are unable to fully present facts essential to their opposition to Defendant's Motion because those facts are in the exclusive custody and control of Defendant. Accordingly, pursuant to Federal Rule of Civil Procedure 56(d), and for the reasons stated in the attached Declarations of Tod J. Thompson, Plaintiffs moves this Court to deny, or defer consideration of, Defendant's motion for summary judgment to allow time to conduct discovery.

                                              Respectfully submitted,

                                              */s/ Joseph F. Albrechta*
                                              Joseph F. Albrechta (0008478)
                                              ALBRECHTA & COBLE, Ltd.
                                              2228 Hayes Avenue, Suite A
                                              Fremont, Ohio 43420
                                              Tel: 419.332.9999 / Fax: 419.333.8147
                                              *jalbrechta@lawyer-ac.com*
                                              *kwitte@lawyer-a.com*

*/s/ Elizabeth Tuck Loring*
Elizabeth Tuck Loring (0076542)
Loring Law Office, LLC
810 Sycamore St., 4th Floor
Cincinnati, OH 45202
Tel: (513) 545-6781 / Fax: (513) 263-9081
*eloringlaw@gmail.com*

*/s/ Tod J. Thompson*
Tod J. Thompson (0076446)
Tod J. Thompson, Atty. at Law
810 Sycamore St., 5th Floor
Cincinnati, OH 45202
Tel: (513) 322-4348 / Fax: (513) 263-9001
*tod@tthompsonlaw.com*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

*/s/ Joseph F. Albrechta*
Joseph F. Albrechta (0008478)